Shawncey Blake ᴮᴷ P00275472
Name and Prisoner/Booking Number

South Placer County Jail
Place of Confinement

11801 Go For Breke R.O
Mailing Address

Roseville, CA 95678
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**



FILED

AUG 27 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Shawncey Blake f
(Full Name of Plaintiff)
ERIN K. McMARlin        Plaintiff,

v.

(1) Roseville Police Department, Et Aa
(Full Name of Defendant)

(2) City Attorney Office of Roseville,

(3) _____,

(4) _____,

                    Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:18-CV-2335    AC PC
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**
Jury Trial Demanded

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☐ Other: _____.

2.  Institution/city where violation occurred: Roseville, California .

## B. DEFENDANTS

1. Name of first Defendant: Roseville Police Department . The first Defendant is employed as:
_____ at _____.
(Position and Title)                     (Institution)

2. Name of second Defendant: City Attorney Office of Roseville The second Defendant is employed as:
_____ at _____.
(Position and Title)                     (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
_____ at _____.
(Position and Title)                     (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
_____ at _____.
(Position and Title)                     (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: Blake _____ v. San Francisco Police Department
      2. Court and case number: USDC Northern District - San Francisco
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         denied

   b. Second prior lawsuit:
      1. Parties: Blake _____ v. Santa Clara D.O.C
      2. Court and case number: CV - 14-2173 JSW
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         denied

   c. Third prior lawsuit:
      1. Parties: Blake _____ v. Hoyt
      2. Court and case number: CV - 15-3727 HSG
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         Still pending in the 9th Circuit

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: 14ᵗʰ Amendment
Due process, Senate bill 867 - California Homeless bill

2. **Claim I.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☒ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: Senate Bill 867 Homeless bill of California

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

The City of Roseville has violated my right to rest, sleep or sit in public parks with a park exclusion ticket which prohibit me from any city public place. The exclusion is for two years. As a homeless citizen I have been discriminated due to my housing status - Homeless - and been the victim of excessive stops by law enforcement. Between 2016 and 2017, I was pulled over more than 40 times due to my homeless status. The city municipal code violates my civil rights as discriminatory due to my housing status.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Civil rights violated by discriminator practices of the city of Roseville and Roseville police department.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes    ☐ No
   b. Did you submit a request for administrative relief on Claim I?    ☐ Yes    ☒ No
   c. Did you appeal your request for relief on Claim I to the highest level?    ☐ Yes    ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. There is no administrative relief for this suit against the city and police force.

3

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: _5ᵗᵏ And 14ᵗ Amendment_

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☒ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _Tents, Bikes And Clothing were confiscated within 48 notice to move from Open Land in the City of Roseville. Due to the b.11, I have a right to rest in Any public place. Also camping was permitted in Roseville in 2016 to 2017_

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   _Loss of personal property due to City confiscation And discarding in public dump, without due process of Law which violated my civil rights._

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _NO Administrative Relief_

4

**CLAIM III**

1.  State the constitutional or other federal civil right that was violated: _____
_____.

2.  **Claim III.** Identify the issue involved.  Check **only one**.  State additional issues in separate claims.
☐ Basic necessities      ☐ Mail      ☐ Access to the court      ☐ Medical care
☐ Disciplinary proceedings      ☐ Property      ☐ Exercise of religion      ☐ Retaliation
☐ Excessive force by an officer      ☐ Threat to safety   ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?      ☐ Yes   ☐ No
    b.  Did you submit a request for administrative relief on Claim III?      ☐ Yes   ☐ No
    c.  Did you appeal your request for relief on Claim III to the highest level?      ☐ Yes   ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

### E. REQUEST FOR RELIEF

State the relief you are seeking:

2,000 dollars for the two infraction tickets to Shawncey Blake

2,000 dollars for the two infraction tickets to ERIN K MCMARTIN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___8-17-18___
                DATE

_____
SIGNATURE OF PLAINTIFF
(Shawncey Blake A.O.R)        Pro-Per

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6