UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNCEY BLAKE and ERIN K. McMARLIN,<br><br>Plaintiffs,<br><br>v.<br><br>ROSEVILLE POLICE DEPARTMENT, et al.,<br><br>Defendants. | No. 2:18-cv-02335-JAM-AC (PS)<br><br>ORDER |

On October 24, 2018, this court dismissed plaintiffs' complaint with leave to amend within 30 days. ECF 8. That deadline has now passed, and plaintiffs have not filed the anticipated amended complaint. Good cause appearing, IT IS HEREBY ORDERED that plaintiffs shall show cause, in writing, within 14 days, why the failure to file an amended complaint should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an amended complaint within this timeframe will serve as cause and will discharge this order. If plaintiffs fail to respond, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.

DATED: November 28, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE