# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**SHAWNCEY BLAKE, ET AL.,**

                 v.

CASE NO: **2:18–CV–02335–JAM–AC**

**ROSEVILLE POLICE DEPARTMENT, ET AL.,**

<u>XX</u> –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 1/16/2019**

                                        **Marianne Matherly**
                                        Clerk of Court

ENTERED: **January 16, 2019**

                                    by: /s/ H. Huang
                                           Deputy Clerk